| Date | | Entry |
|---|---|---|
| 2/2/70 | | ORDER TO SHOW CAUSE & NOTICE OF HEARING. 2/27/70 in New York City (9:30 a.m.) |
| 2/11/70 | | ORDER VACATING CIVIL ACTION NO. CA-3-2813-C , Tex., N. from Schedule A and adding CIVIL ACTION NO. CA-4-1090 to schedule A |
| 2/13/70 | | VACATING ORDER TO SCO relating to No. 1804, N.D. Ill., Malsbary Mfg. Co., et al. v. ALD, Inc. |
| 2/16/70 | 1 | Response (w/brief opposing) of Def. Custom Power Washer, Inc. |
| 2/16/70 | 2 | Response of ALD Inc. (Ill., N.) - C.A. 68 C. 1804 |
| 2/18/70 | 3 | Response of def. Orbit Car Wash & Springfield Enterprises (w/brief opposing) |
| 2/19/70 | 4 | Response of Pl. Malsbary Mfg. Co. (brief taking no position as to transfer). |
| 3/4/70 | | Filed ORDER denying transfer on initiative of Panel of all actions without prejudice to the entertainment of motion of any party if circumstances so warrant. |
| 35/70 | 5 | Filed Telegram/Response of Auto-Teria, Inc. Opposing Consolidation. |

DOCKET NO. 40

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

MULTIDISTRICT PATENT LITIGATION INVOLVING THE TOMPKINS CAR WASH PATENT

NT-3/4/70

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Malsbary Manufacturing Co., et al. v. ALD, Inc. VACATED - 2/13/70 | Ill., N. 68 C 1804 | Decker | | Tried & under advisement |
| A-2 | Malsbary Manufacturing Co., et al. v. Auto-Teria, Inc. | Ind., S. IP 68c 392 | Steckler | | |
| A-3 | Malsbary Manufacturing Co., et al. v. John E. Mitchell Co. VACATED 3/11 | Texas, N. CA-3-2813-C | Taylor | | Settled by Consent Judgment - 5/12/69 |
| A-4 | Marlsbury Manufacturing Co., et al. v. Orbit Car Wash, Inc., et al. | Texas, N. CA-5-535 | Woodward (Lubbock) | | |
| A-5 | Malsbary Manufacturing Company, et al. v. Custom Power Washer, Inc. | Ohio, N. C68-737 | | | |
| B-1 | Malsbary Manufacturing Co., et al. v. Pride Mfg. Inc., et al. | Texas, N. CA-4-1090 | | | |

DOCKET NO. 40

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT PATENT LITIGATION INVOLVING THE TOMPKINS CAR WASH PATENT

9 Attys.

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | ~~Richard R. Trexler, Esquire~~<br>~~Olson, Trexler, Wolters & Bushnell~~<br>~~141 West Jackson Boulevard~~<br>~~Chicago, Illinois 60604~~<br><br>Murray K. Hatch, Esquire<br>Schapp & Hatch<br>155 Montgomery Street<br>San Francisco, California  94104 | ~~Robert K. Schumacher, Esquire~~<br>~~Anderson, Luedeka, Fitch, Even & Tabin~~<br>~~135 S. LaSalle, Suite 2157~~<br>~~Chicago, Illinois~~ *VACATED*<br><br>~~R. F. Hyer, Esquire~~<br>~~Browning, Hyer, Eickenroht & Thompson~~<br>~~3317 Montrose Boulevard~~<br>~~Houston, Texas  77006~~ |
| A-2 | Jerry Hyland, Esquire<br>Woodard, Weikart, Emhardt & Naughton<br>111 Monument Circle<br>Indianapolis, Indiana  46204<br><br>Also, same as A-1 (Hatch) | Max Warren Cook, Esquire<br>2951 E. 38th Street<br>Indianapolis, Indiana |
| A-3 | Marvin S. Sloman, Esquire<br>Carrington, Johnson & Stephens<br>1900 Mercantile Dallas Building<br>Dallas, Texas  75201<br><br>Also, same as A-1 (Hatch) | ~~John T. Rogers, Esquire~~<br>~~Kingsland, Rogers, Ezell, Eilers~~<br>~~& Robbins~~<br>~~121 South Meramec Avenue~~<br>~~St. Louis, Missouri  63105~~<br><br>~~Wm. L. Bedard, Esquire~~<br>~~Storey, Armstrong & Steger~~<br>~~41st Floor, Republic Bank Tower~~<br>~~Dallas, Texas  75201~~ *VACATED* |
| A-4 | Same as A-3 above (Sloman)<br><br>Same as A-1 (Hatch) | ORBIT CAR WASH, INC.<br>SPRINGFIELD ENTERPRISES, INC.<br>Clifford W. Brown, Esquire<br>Brown, Shuman & Harding<br>1601 Broadway<br>Lubbock, Texas  79401<br><br>Ralph R. Browning, Esquire<br>Browning, Hyer, Eickenroht & Thompson<br>3317 Montrose Boulevard<br>Post Office Box 66026<br>Houston, Texas  77006 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5 | William C. McCoy, Jr., Esquire<br>McCoy, Greene and Howell<br>Investment Plaza Building<br>Cleveland, Ohio   44115<br><br>Same as A-1 above (Hatch) | Joseph Frease, Esquire<br>John B. Frease, Esquire<br>Harter Bank Building<br>Canton, Ohio   44702 |
| B-1 | Same as A-3 above (Sloman & Hatch) | Robert A. Felsman, Esquire<br>1704 First National Bank Building<br>Fort Worth, Texas   76102 |