*Unpublished*

DOCKET NO. 40

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 4  1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re:  Multidistrict Patent Litigation Involving the Tompkins Car Wash Patent

ORDER

As announced in open court, transfer on the initiative of the Panel of any or all of the actions included in the above litigation to another district for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 is DENIED without prejudice to the entertainment of a motion of any party if circumstances so warrant.  See *In re Photocopy Paper Litigation*, 305 F. Supp. 60 (JPML, October 27, 1969).

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman